#9 12-9

AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ANTHONY MORALES (9)

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR0585-JAH

I, ANTHONY MORALES, the above-named defendant, who is accused of committing the following offenses:

Harboring Illegal Aliens and Aiding and Abetting, in violation of Title 8, U.S.C., Secs. 1324(a)(1)(A)(iii) and (v)(II) (Felony)

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 3/4/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

[signature]
Defendant

[signature]
Defense Counsel

Before [signature]
Judicial Officer

MAR - 4 2008