**Mayfield & Associates- Attorneys at Law**
Gayle Mayfield-Venieris, Esq., Bar No. 149296
Melissa L. Bustarde, Esq., Bar No. 239062
Christopher Y. Lock, Esq., Bar No. 246815
462 Stevens Avenue, Suite 303
Solana Beach, CA 92075
Tel: (858) 793-8090
Fax: (858) 793-8099

FILED
08 MAR 24 PM 1:46
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

Attorneys for Material Witness: PEDRO RAMIREZ-GARCIA

**UNITED STATES DISTRICT COURT**

**OF THE SOUTHER DISTRICT OF CALIFORNIA**

**MAGISTRATE JUDGE WILLIAM McCURINE, JR.**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>CORREA-CONTRERAS, et al.<br>Defendant. | Case No.: 08 mj 0445 / 08 cr 0585-JAH<br>Hon: William McCurine, Jr.<br><br>ORDER TO EXONERATE THE MATERIAL WITNESS BOND |

**ORDER**

IT IS ORDERED that the personal surety bond for the five thousand dollars ($5,000.00), which secured the presence of the material Pedro Ramirez-Garcia, be exonerated. The deposit of four thousand dollars ($500.00) for the bond be returned to the surety:

SERGIA DE LA TORRE VAZQUEZ

106 HARRISON ST., OCEANSIDE CA 92057

Dated: 3/24/08

[signature]
William McCurine, Jr.
U.S. Magistrate Judge