**LISA KAY BAUGHMAN**
ATTORNEY AT LAW
State Bar No. 134946
1202 Kettner Blvd., Suite 6200
San Diego, CA 92101
Telephone: (619) 696-9311

Attorney for Defendant
ANTHONY MORALES

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**(Hon. John A. Houston)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ANTHONY MORALES,<br>Defendant. | Case No.: 08-cr-585<br>**ACKNOWLEDGEMENT OF NEXT COURT DATE**<br>Date: October 27, 2008<br>Time: 10:30 am<br>Judge: Hon. John A. Houston |

I, ANTHONY MORALES, acknowledge that the sentencing hearing has been reset to October 27, 2008 at 10:30 am in front of the Honorable John A. Houston I further acknowledge that my presence is required at this hearing. I agree to be present for this hearing.

Date: 8/20/08

ANTHONY MORALES
Defendant

Date: 8/21/08

LUCY VEGA
Surety

Date: August 8, 2008

/s Lisa Kay Baughman
LISA KAY BAUGHMAN
Attorney for Defendant