**LISA KAY BAUGHMAN**
California Bar No. 134946
ATTORNEY AT LAW
1202 Kettner Blvd., Suite 6200
San Diego, California 92101
Telephone: (619) 696-9311
Facsimile: (619) 696-3993

Attorney for ANTHONY MORALES

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ANTHONY MORALES,<br>Defendant. | Case No. 08-CR-585<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, Lisa Kay Baughman, am a citizen of the United States and am at least eighteen years of age. My business address is 1202 Kettner Blvd., Suite 6200, San Diego, California 92101.

I am not a party to the above-entitled action.

I hereby certify that I have served the Acknowledgement of Next Court Date to the following CM/ECF participants in this case: Caroline Han, Caroline.Han@usdoj.gov

There are no non-ECF participants on this case to be notified by United States Parcel Service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 21, 2008

Respectfully submitted,

s/ Lisa Kay Baughman____
LISA KAY BAUGHMAN
Attorney for Defendant Anthony Morales